fnldecnd (10/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Russell R. Truesdale<br>aka Russell Truesdale<br>65 Sickler Rd.<br>Meshoppen, PA 18630 | Chapter 7<br>Case No. 5:12–bk–01278–JJT |

Debra L. Truesdale
aka Debra Louise Truesdale, aka Debra Truesdale, aka Deborah Truesdale, aka Deborah L. Truesdale
65 Sickler Rd.
Meshoppen, PA 18630

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):
xxx–xx–3992
xxx–xx–0805

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Mark J. Conway (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Russell R. Truesdale in accordance with F.R.B.P. 4004(c)(1)(H).

Dated: <u>December 11, 2012</u>

BY THE COURT

John J. Thomas
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*