# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**RUSSELL R. TRUESDALE**
a/k/a RUSSELL TRUESDALE
and
**DEBRA L. TRUESDALE,**
a/k/a DEBRA TRUESDALE,
a/k/a DEBORAH L. TRUESDALE,
a/k/a DEBORAH TRUESDALE

\* Debtors

| | |
|---|---|
| Chapter: | 7 |
| Case Number: | 5-12-bk-01278-JJT |
| Document No.: | 29 |
| Nature of Proceeding: | **Motion to Re-Open Case** |

# ORDER

On November 5, 2013, the above-captioned Debtor, Debra L. Truesdale, filed a Motion to Re-Open Case (Doc. #29). Upon consideration of that Motion, the Court *sua sponte* **ORDERS** the above bankruptcy case be severed and joint administration of this case be terminated.

**IT IS FURTHER ORDERED** that Debra L. Truesdale's Chapter 7 case is re-opened and Debra L. Truesdale shall be given a new bankruptcy case number. Debtor is not required to pay a filing fee to re-open the case as the purpose of reopening is to assert the protection of the discharge injunction and the fee is waived under Local Rule 5010-1.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(CMS)

Date: November 6, 2013