orclreop(05/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Russell R. Truesdale<br>aka Russell Truesdale | Chapter 7 |
| | Case number 5:12–bk–01278–JJT |
| Debra L. Truesdale<br>aka Debra Louise Truesdale, aka Debra Truesdale, aka Deborah Truesdale, aka Deborah L. Truesdale | |
| **Debtor(s)** | |

### Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: November 6, 2013                    By the Court,

                                           John J. Thomas
                                           United States Bankruptcy Judge